August 27, 2010

Mr. David L. Brenner
Burns Anderson Jury & Brenner, L.L.P.
P. O. Box 26300
Austin, TX 78755-6300
Mr. Peter M. Kelly
Law Office Of Peter M. Kelly, P.C.
1005 Heights Blvd.
Houston, TX 77008

RE: Case Number: 09-0005
 Court of Appeals Number: 14-06-00905-CV
 Trial Court Number: 02-CV-125132

Style: TRANSCONTINENTAL INSURANCE COMPANY
 v.
 JOYCE CRUMP

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion and enclosed
judgment in the above-referenced cause. You may obtain a copy of the
opinion at: http://www.supreme.courts.state.tx.us/historical/recent.asp.
If you would like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.
(Justice Guzman not sitting)

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Annie Elliot |
| |Mr. Christopher A. |
| |Prine |
| |Mr. Albert Betts Jr. |
| |Mr. Matthew B. |
| |Baumgartner |
| |Mr. Wade Caven Crosnoe |
| |Mr. Norman W. Darwin |
| |Mr. P. M. Schenkkan |